# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley R. Lusardi,<br><br>      Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company, et al.,<br><br>      Defendants. | No. CV-16-02788-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss (Doc. 18), and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed, with prejudice, each party to bear its own fees and costs incurred therein.

Dated this 15th day of May, 2017.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge